DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899)

Of Counsel:
DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara
James Rosenfeld
1633 Broadway
New York, New York 10019
(212) 489-8230

Attorneys for Defendants
SOURCEBOOKS, Inc.

LODGED

FILED
CLERK, U.S. DISTRICT COURT
NOV 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARNER, an individual; GARNER CREATIVE CONCEPTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SOURCEBOOKS, INC., an Illinois corporation,<br><br>　　　　　Defendants. | Case No. **04 CV 8163 (CBM)(CT)**<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the time for Defendant Sourcebooks, Inc. to move, answer or otherwise plead in response to the Complaint of Plaintiffs Joseph Garner and Garner Creative Concepts,

DOCKETED ON CM
NOV 12 2004
BY _____

STIPULATION
LAX 224050v2 54829-1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

Inc., dated September 20, 2004, is hereby extended from November 10, 2004, to November 17, 2004. The parties have agreed to this adjournment as they are actively engaged in settlement negotiations in this matter.

DATED: November 5, 2004

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER

By: _____
Kelli L. Sager
Attorneys for Defendant
SOURCEBOOKS, INC.

LAW OFFICES OF CATHERINE A. CAVELLA

By:_____
Catherine A. Cavella
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED __11/8/04__

_____
UNITED STATES DISTRICT JUDGE

---

STIPULATION

LAX 224050v2 54829-1

2

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

Inc., dated September 20, 2004, is hereby extended from November 10, 2004, to November 17, 2004. The parties have agreed to this adjournment as they are actively engaged in settlement negotiations in this matter.

DATED: November 5, 2004

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER

By: _____
Kelli L. Sager
Attorneys for Defendant
SOURCEBOOKS, INC.

LAW OFFICES OF CATHERINE A. CAVELLA

By: _____
Catherine A. Cavella
Attorneys for Plaintiffs

2

STIPULATION
LAX 224030v2 54829-1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
FAX (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On November 5, 2004, I served the foregoing document(s) described as: **STIPULATION** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Catherine A. Cavella, Esq.
Law Offices of Catherine A. Cavella
2401 Effie Street, #F
Los Angeles, CA  90026
(323) 906-1741
(323) 906-1750 Fax

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on November 5, 2004, at Los Angeles, California.

☐  State       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒  Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

HILDUR ROSIE DIAZ
Print Name                                                Signature

STIPULATION

LAX 224050v2 54829-1